# Notice Recipients

District/Off: 0754–3               User: ao1492bnc               Date Created: 3/30/2026

Case: 26–30279–mel              Form ID: 309A                Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Angela R Salvador | 2316 Caseyville Ave | Swansea, IL 62226 | |
| ust | United States Trustee | Becker Bldg, Room 1100 | 401 Main St | Peoria, IL 61602 |
| tr | Robert E Eggmann, III | Carmody MacDonald P.C. | PO Box 168 | Columbia, IL 62236 |
| aty | Jerry D Graham, Jr | JD Graham PC | 1 Eagle Center    Suite 3A | O'Fallon, IL 62269 |
| 4419485 | BJC Health Care | PO BOX 953798 | Saint Louis, MO 63195–3798 | |
| 4419486 | Costa Law Office, P.C. | 2001 Broadway | Mount Vernon, IL 62864 | |
| 4419487 | Dept of Education/Neln | PO Box 82561 | Lincoln, NE 68501–2561 | |
| 4419488 | HSHS Medical Group | 3051 Hollis Drive | Ste 150, #200    Springfield, IL 62704 | |
| 4419489 | Scott Credit Union | Attn: Bankruptcy Dept | 101 Credit Union Way    Edwardsville, IL 62025–3504 | |
| 4419490 | Washington University | One Brookings Dr | Saint Louis, MO 63130 | |

TOTAL: 10